**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6363

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ODELL THOMAS,

Defendant – Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Fayetteville. W. Earl Britt,
Senior District Judge. (3:93-cr-00058-BR-2)

Submitted: July 23, 2009      Decided: July 29, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Peter McNamara, Federal Public Defender, Raleigh, North
Carolina for Appellant. Anne Margaret Hayes, Rudolf A. Renfer,
Jr., Assistant United States Attorneys, Raleigh, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Odell Thomas appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Thomas, No. 3:93-cr-00058-BR-2 (E.D.N.C. Feb. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED